1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| 12  PHILLIP BROOKS, an individual,<br>13           Plaintiff,<br>14  v.<br>15  CITY OF PALM SPRINGS; HHC TRS<br>    PORTSMOUTH LLC, OFFICER JACOB<br>16  VALDIVIA (#16144), OFFICER<br>    GONZALES, OFFICER S. SANDOVAL,<br>17  MICHAEL WHITED, and DOES 1 through 10<br>    inclusive,<br>18<br>19           Defendants.<br>20  HHC TRS PORTSMOUTH LLC,<br>21           Cross-Complainant,<br>22  v.<br>23  GOLDENVOICE, LLC; CHAD HOLDEN;<br>    MICHAEL WHITED and Roes 1 through 25,<br>24<br>25           Defendants. | Case No. 5:21-cv-00754-JGB-SP<br><br>**ORDER MODIFYING THE<br>SCHEDULING ORDER**<br><br>Fourth Amended<br>Complaint Filed:  November 27, 2023<br><br>Trial Date:        June 11, 2024 |

26
27
28

---

1

ORDER MODIFYING THE SCHEDULING ORDER

# ORDER

After considering the Application and Stipulation filed by the Parties, and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on March 1, 2024 [Dkt. 125] is modified as follows:

1. Deadline for Designation of Rebuttal Expert Witnesses will be completed by April 5, 2024;
2. All Discovery Cut-Off will be June 14, 2024;
3. Dispositive Motion Hearing Cut-Off will be July 29, 2024;
4. Last Day to Conduct Settlement Conference will be August 9, 2024
5. Final Pretrial Conference will be held August 26, 2024, at 11:00 a.m.; and
6. Jury Trial (5-7 days) will commence on September 10, 2024, at 9:00 a.m.

**IT IS SO ORDERED.**

_March 7, 2024_
Date

Honorable Jesus G. Bernal
United States District Judge