UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-0754 JGB (SPx) | Date | July 2, 2024 |
| Title | Phillip Brooks v. City of Palm Springs, et al. | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** Order (1) Modifying Scheduling Order; (2) GRANTING Defendant's Ex Parte Application (Dkt. No. 145); (3) DENYING Plaintiff's Ex Parte Application (Dkt. No. 148); and (4) GRANTING-IN-PART Defendant's Ex Parte Application (Dkt. No. 149) (IN CHAMBERS)

On June 24, 2024, defendant Goldenvoice, LLC ("Goldenvoice") filed a motion for summary judgment of Plaintiff's fourth amended complaint ("FAC"). ("Goldenvoice MSJ," Dkt. No. 143.) The Goldenvoice MSJ is currently set for hearing on July 22, 2024 at 9:00 a.m. (See id.)

On June 28, 2024, defendant City of Palm Springs (the "City") filed an application to file twelve documents under seal that are part of a motion for summary judgment. ("City Application 1," Dkt. No. 145.) The same day, the City filed a motion for summary judgment of the FAC ("City MSJ," Dkt. No. 146); and a sealed document that corresponds to the City Application 1 ("Sealed Document," Dkt. No. 147.) On June 29, 2024, Plaintiff filed an ex parte application to strike the City MSJ. ("Plaintiff Application," Dkt. No. 148.) On July 1, 2024, the City filed a second ex parte application. ("City Application 2," Dkt. No. 149.)

The City seeks to file certain documents under seal that pertain to Plaintiff's jail records and medical records. (City Application 1.) The Court finds good cause for these documents to be filed under seal and accordingly **GRANTS** the City Application 1. See Hernandez v. County of Monterey, 2023 WL 4688522, at *4 (N.D. Cal. July 21, 2023); Weisberg v. Takeda Pharmaceuticals U.S.A., Inc., 2018 WL 6252458, at *3 (C.D. Cal. July 3, 2018) (granting an application to seal medical information that was "not put at issue by this action"); Hedrick v. Grant, 2017 WL 550044, at *2 (E.D. Cal. Feb. 7, 2017) ("Any interest the public may have in the

disclosure of the sensitive and private information contained in the declarations and exhibits is outweighed by class members' interests in the privacy of their medical and psychiatric records.").

In the Plaintiff Application and City Application 2, the parties raise various schedule-related disputes. The City requests that the "inadvertent filing containing the unredacted versions" of the City MSJ be removed from the public case docket. (City Application 2.) The Court orders the following:

- The Goldenvoice MSJ hearing date is **CONTINUED** to Monday, August 12, 2024 at 9:00 a.m.;
- The City MSJ is **STRIKEN**—the City is ordered to re-file a properly sealed document in accordance with this Order no later than Friday, July 5, 2024;
- The City MSJ hearing date is **CONTINUED** to Monday, August 12, 2024 at 9:00 a.m.;
- Plaintiff's deadline to file an opposition to the City MSJ and Goldenvoice MSJ is Monday, July 15, 2024; and
- Defendants may file a reply no later than Monday, July 22, 2024.

Accordingly, the Court **DENIES** the Plaintiff Application. The City Application 2 requests leave to file a new answer—the Court does not find good cause and **DENIES** the City Application 2 as to this portion of the application.

**IT IS SO ORDERED.**