JS-6

1  RICHARD T. EGGER, Bar No. 162581
   richard.egger@bbklaw.com
2  MICHAEL J. THIES, Bar No. 323666
   michael.thies@bbklaw.com
3  BEST BEST & KRIEGER LLP
   2855 E. Guasti Road, Suite 400
4  Ontario, California  91761
   Telephone:  (909) 989-8584
5  Facsimile:   (909) 944-1441

6  Attorneys for Defendants
   CITY OF PALM SPRINGS and
7  OFFICERS VALDIVIA,
   SANDOVAL, and GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PHILLIP BROOKS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF PALM SPRINGS; HHC TRS PORTSMOUTH LLC, OFFICER JACOB VALDIVIA (#16144), OFFICER GONZALEZ, OFFICER S. SANDOVAL, MICHAEL WHITED, and DOES 1 through 10 inclusive,<br><br>  Defendants.<br><br>―――――――――――――<br><br>HHC TRS PORTSMOUTH LLC,<br><br>  Third Party Plaintiff,<br><br>v.<br><br>GOLDENVOICE, LLC; CHAD HOLDEN; MICHAEL WHITED, and Does 1 through 25,<br><br>  Third Party Defendants. | Case No. 5:21-cv-00754-JGB-SP<br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Sheri Pym<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS AND ENTIRE ACTION**<br><br>[Stipulation of Dismissal With Prejudice filed concurrently herewith)]<br><br>Action Filed:   April 30, 2021 |

# ORDER

After considering the stipulation filed by Plaintiff PHILLIP BROOKS and Defendant CITY OF PALM SPRINGS, for itself and on behalf of its employees JACOB VALDIVIA, LEONARDO GONZALEZ, and STEPHANIE SANDOVAL (collectively "City Defendants"), GOLDENVOICE, LLC. and HHC TRS PORTSMOUTH LLC (collectively referred to herein as the "Parties"), and their counsel of record, for good cause shown, IT IS HEREBY ORDERED that:

1. The entire action is dismissed with prejudice including the following defendants from the above-captioned action: DEFENDANTS CITY OF PALM SPRINGS, OFFICER JACOB VALDIVIA (#16144), OFFICER GONZALEZ, OFFICER S. SANDOVAL, GOLDENVOICE, LLC. HHC TRS PORTSMOUTH LLC, AND DOES 1 THROUGH 10 INCLUSIVE, and with all parties to bear their own attorneys' fees and costs.

2. HHC TRS PORTSMOUTH LLC's Third-Party Complaint against GOLDENVOICE, LLC., CHAD HOLDEN and MICHAEL WHITED is dismissed with prejudice.

**SO ORDERED**

Dated: August 13, 2025

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT